Filed:  February 12, 1996

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

_____

No. 95-7337
(CA-95-2089-WM)

_____

David Wayne Hall, Sr.,

                                        Petitioner - Appellant,

        versus

State of Maryland,

                                        Respondent - Appellee.

_____

O R D E R

_____

        The Court amends its opinion filed January 17, 1996, as
follows:

        On the cover sheet, section 5 -- the panel information is
corrected to read "Before Ervin, Chief Judge, and Widener and
Wilkins, Circuit Judges."

                                For the Court - By Direction

                                /s/ Bert M. Montague
        _____
                                        Clerk

**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 95-7337**

———————————

DAVID WAYNE HALL, SR.,

                                        Petitioner - Appellant,

        versus

STATE OF MARYLAND,

                                        Respondent - Appellee.

———————————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  William M. Nickerson, District Judge.
(CA-95-2089-WMN)

———————————

Submitted:  December 14, 1995        Decided:  January 17, 1996

———————————

Before ERVIN, Chief Judge, and WIDENER and WILKINS, Circuit Judges.

———————————

Dismissed by unpublished per curiam opinion.

———————————

David Wayne Hall, Sr., Appellant Pro Se.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant seeks to appeal the district court's order dismissing without prejudice his 28 U.S.C. § 2254 (1988) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of probable cause to appeal and dismiss the appeal on the reasoning of the district court. <u>Hall v. State of Maryland</u>, No. CA-95-2089-WMN (D. Md. July 25, 1995). We deny Appellant's motion for production of documents and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>